UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

In re    Jorge V. Cabrales                                    09-27490WIL

Debtor

_____

### Application to Employ David W. Kestner as Counsel for Prosecution of Debtor's Personal Injury Claim

**COMES NOW** the Debtor, Jorge V. Cabrales (hereinafter referred to as debtor) by his attorney, David W. Kestner and moves the Court to for entry of an order authorizing debtor to employ David W. Kestner as counsel pursuant to §327 of the United States Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.   In support of the application the debtor states as follows:

1. This court has jurisdiction over this matter pursuant to 28 USC §1334 and this is a core proceeding under 28 USC 157(b)(2)(A).

2. The debtor filed this voluntary Chapter 13 petition initiating this bankruptcy on September 16, 2009.

3. Nancy Spencer Grigsby was appointed Trustee shortly after the petition date.

4. The relief sought herein is necessary and in the best interest of hte Estate because the debtor has an interest in the possible recovery of proceeds from a post-petition personal injury lawsuit arising from an automobile accident that occurred February 24, 2010.   David W. Kestner is the debtor's selected attorney to prosecute debtor's claim and is a practicing attorney who has practiced personal injury claims since 1986.

5. The debtor respectfully requests authority to retain David Kestner as counsel to provide the following legal services:

   a) Prosecution of the personal injury claim of the debtor;

   b) Preparation of pleadings, motions and trial of the personal injury action of the debtor, if necessary;

   c) Negotiation of a settlement of the personal injury claim of the debtor if appropriate;

d) Taking any and all other necessary action incidental to the prosecution of the personal injury claim of the debtor.

6. Debtor believes it is necessary to retain counsel, and desires to employ David W. Kestner as counsel to perform legal services necessary to administration of this Chapter 13 case, namely the prosecution of the debtor's personal injury case and the recovery of potentially non-exempt proceeds of the case that may be used to satisfy the claims of the unsecured creditors of the debtor's bankruptcy estate.

7. The debtor has selected David W. Kestner because of his experience in the field of personal injury law, his knowledge of the underlying case and issues involved in the personal injury case at issue.

8. Debtor request that all legal fees related costs and expenses incurred by the debtor on account of the services rendered by David W. Kestner in this case be paid as administrative expenses of the estate. Subject to the court's approval, David Kestner will charge the Debtor for his legal services on a contingent fee basis to David W. Kestner of 33% of recovery plus expenses in accordance with ordinary and customary practice in this locale for such services.

9. David W. Kestner will maintain records of legal services rendered and actual and necessary cost and expenses incurred in connection with the aforementioned legal services.

10. As disclosed in the Verified Statement of David W. Kestner, attached hereto as Exhibit 1, David W. Kestner does not represent or hold any interest adverse to the debtor or the estate in the matters upon which it is engaged. Further David W. Kestner is disinterested person under Code §104(14) and is therefore qualified to serve as the debtor's counsel.

11. David W. Kestner will perform the above-described legal services for the debtor and submit to the Court applications in accordance with Code §330 and §331 for compensation and for reimbursement of reasonable and necessary costs and expenses incurred in the case.

12. Pursuant to Local Bankruptcy Rule 9013-2, no memorandum of law in support of this motion will be filed, but he debtor will rely solely upon the motion.

Respectfully Submitted

/s/David W. Kestner
David W. Kestner, #25031
Attorney for Debtor
5849 Allentown Road
Camp Springs, MD 20746
(301) 423-1000

Certificate of Service

I hereby certify this December 19, 2012, a copy of the foregoing with attachments was electronically served or mailed to:

Office of the United States Trustee
Chapter 13 Trustee
Debtor

s/David W. Kestner
David W. Kestner, #25031